IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 13-cr-00015-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FRANKLIN THAD HARRIS,
    a/k/a Thad Harris, and
2.     MERLIN D. UNRUH,

    Defendants.

---

**ORDER TO EXCLUDE ADDITIONAL TIME FROM
SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendants' Joint Motion To Exclude Additional Time from Speedy Trial Computation (Doc. # 43) and Defendants' oral motion to exclude 120 days, made at the October 8, 2013, status conference (*see* Doc. # 45).

The Joint Motion to Exclude (Doc. # 43) and oral motion were GRANTED as set forth on the record at the status conference held October 8, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendants in a speedy trial. It is, therefore,

ORDERED that the Court grants an ends of justice continuance in this case of 120 days, which shall be excluded from the speedy trial clock. It is

FURTHER ORDERED that pretrial motions in this matter are due by January 17, 2014, and responses to said motions are due by February 7, 2014. It is

FURTHER ORDERED that a Final Trial Preparation Conference is set for **April 17, 2014 at 1:30 PM**, in Courtroom A602, before Judge Christine M. Arguello, and a 10-day Jury Trial is scheduled for **May 5, 2014 at 8:00 AM**, in Courtroom A602, before Judge Christine M. Arguello.

DATED: October 16, 2013

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge